UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DONIEL CARTER,

       Plaintiff,

v.              Case No. 18-cv-727-pp

STATE OF WISCONSIN
DEPARTMENT OF CORRECTIONS,
and ERIKA WATSON

       Defendants.

---

**ORDER GRANTING DEFENDANT "STATE OF WISCONSIN DEPARTMENT OF CORRECTION'S" MOTION TO DISMISS (DKT. NO. 9)**

---

  Plaintiff Doniel Carter, a former Wisconsin state prisoner, filed a lawsuit alleging that the "State of Wisconsin Department of Corrections" and Erika Watson violated his civil rights at the Fox Lake Correctional Institution. Dkt. No. 1. On July 10, 2018, the "State of Wisconsin, Department of Corrections" filed a motion to dismiss, asserting that it is entitled to sovereign immunity under the Eleventh Amendment. Dkt. No. 9. The plaintiff responded to the motion, indicating that he does not oppose dismissal of this defendant only, and that he will pursue his claims against individual defendants. Dkt. No. 11 at 2. The court will dismiss this defendant, and will screen the complaint as to the remaining defendant.

  The court **GRANTS** the "State of Wisconsin, Department of Corrections'"

1

motion to dismiss. Dkt. No. 9. The court **ORDERS** that the State of Wisconsin, Department of Corrections is **DISMISSED** as a defendant.

Dated in Milwaukee, Wisconsin this 21st day of August, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER
United States District Judge**