

# STATE OF WISCONSIN
# DEPARTMENT OF JUSTICE

**BRAD D. SCHIMEL**
ATTORNEY GENERAL

**Paul W. Connell**
Deputy Attorney General

**Delanie M. Breuer**
Chief of Staff

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Timothy M. Barber
Assistant Attorney General
barbertm@doj.state.wi.us
608/266-7234
FAX 608/267-8906

August 31, 2018

VIA E-FILING

The Honorable Pamela Pepper
District Judge, EDWI
517 East Wisconsin Avenue, Courtroom 222
Milwaukee, WI 53202

Re:  *Doniel Carter v. Erika Watson*
     USDC EDWI Case No. 18-CV-0727

Dear Judge Pepper:

The Court has scheduled a telephone conference call for November 21, 2018. The Defendant Wisconsin Department of Corrections, which I represent, was dismissed from this case by an Order dated August 21, 2018 (Dkt. 12). As such, I will not be appearing on the scheduled call.

Thank you.

Sincerely,

s/ Timothy M. Barber
Timothy M. Barber
Assistant Attorney General

TMB:gmm