# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

HEARING DATE: January 7, 2021
JUDGE: Brett H. Ludwig
CASE NO.: 18-cv-0727-bhl
CASE NAME: Carter v. Watson et al
MATTER: Status Conference
APPEARANCES: Lisa Goldman and Bruce Davey, Attorney for Plaintiff
David Lang, Attorney for Defendant Erika Watson
Katherine Polich, Attorney for Defendant Tara Weidemann
TIME: 11:31 a.m. – 11:44 a.m.
COURTROOM DEPUTY: Melissa P.

**AUDIO OF THIS HEARING IS AT ECF NO. 61**

Counsel for the parties reported on the status of the case and their opinions as to how the case should proceed. Counsel for Plaintiff and Defendant Weidemann requested additional time to take depositions. Although counsel for the Plaintiff expressed interest in mediation, counsel for the Defendants did not believe it would be effective.

An adjourned status conference will be held on **March 4, 2021** at 11:30 a.m. by telephone. To appear by telephone, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time. Counsel are expected to report at the adjourned status conference whether their clients are willing to waive their right to a jury trial and instead have a bench trial. For the reasons stated on the record,

IT IS ORDERED that all discovery must be completed no later than **February 26, 2021**.

Dated at Milwaukee, Wisconsin this 8th day of January, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge