IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONIEL CARTER,

   Plaintiff,

  v.         Case No. 18-CV-0727

ERIKA WATSON, et al.

   Defendants.

## DEFENDANT TARA WEIDEMAN'S PROPOSED
## SPECIAL VERDICT FORM

Defendant Weideman submits the attached proposed special verdict form for use at trial in this matter.

Dated this 12th day of October, 2021.

         Respectfully submitted,

         JOSHUA L. KAUL
         Attorney General of Wisconsin

         *s/Katherine C. Polich*
         KATHERINE C. POLICH
         Assistant Attorney General
         State Bar #1065796

         BRANDON T. FLUGAUR
         Assistant Attorney General
         State Bar #1074305

         Attorneys for Defendant Weideman

Wisconsin Department of Justice
Post Office Box 7857

Madison, Wisconsin 53707-7857
(608) 267-7163 (Polich)
(608) 266-1780 (Flugaur)
(608) 267-8906 (Fax)
polichkc@doj.state.wi.us
flugaurbt@doj.state.wi.us

Question 1: Did Defendant Watson engage in a sexual act with Plaintiff Carter while he was a prisoner and she was a correctional officer at Fox Lake Correctional Institution

_____ (Yes or No)

**If you answered "Yes" to Question 1, then answer Question 2.**
**If you answered "No" to Question 1, then STOP and do not answer any more questions.**

Question 2: Was the sexual act that Defendant Watson engaged in with Plaintiff Carter coercive and non-consensual?

_____ (Yes or No)

**If you answered "Yes" to Question 2, then answer Question 3.**
**If you answered "No" to Question 2, then STOP and do not answer any more questions.**

Question 3: Did Defendant Watson engage in the coercive and non-consensual sexual act with Plaintiff Carter for the purpose of harming Plaintiff Carter?

_____ (Yes or No)

**If you answered "Yes" to Question 3, then answer Question 4.**
**If you answered "No" to Question 3, then STOP and do not answer any more questions.**

Question 4: Did Defendant Watson's conduct harm Plaintiff Carter?

_____ (Yes or No)

**If you answered "Yes" to Question 4, then answer Questions 5-7.**
**If you answered "No" to Question 4, then STOP and do not answer any more questions.**

Question 5: What sum of money, if any, would fairly and reasonably compensate Plaintiff Carter for the harm caused to him by Defendant Watson?

_____ (Amount in Dollars)

Question 6: What amount of punitive damages, if any, do you find are appropriate for the actions by Defendant Watson?

_____ (Amount in Dollars)

Question 7: Did Defendant Weideman fail to protect Plaintiff Carter from harm by Defendant Watson?

_____ (Yes or No)

**If you answered "Yes" to Question 7, then answer Questions 8-9.**
**If you answered "No" to Question 7, then STOP and do not answer any more questions.**

Question 8: What sum of money, if any, would fairly and reasonably compensate Plaintiff Carter for Defendant Weideman's actions or inactions?

_____ (Amount in Dollars)

Question 9: What amount of punitive damages, if any, do you find are appropriate for the actions or inactions by Defendant Weideman?

_____ (Amount in Dollars)