IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

DONIEL CARTER,

      Plaintiff,

      v.                             Case No. 18-CV-0727

ERIKA WATSON, et al.

      Defendants.

---

## DEFENDANT TARA WEIDEMAN'S OBJECTIONS TO PLAINTIFF'S PRETRIAL FILINGS

---

Defendant Tara Weideman, by her attorneys, Attorney General Joshua L. Kaul and Assistant Attorneys General Katherine C. Polich and Brandon T. Flugaur, respectfully submits the following objections to Plaintiff's proposed witnesses, exhibits, voir dire questions, and special verdict.

### I. Witnesses

Defendant Weideman objects to the following witnesses identified on Plaintiff's Pretrial Report:

- Plaintiff's Witness No. 9, Warden Clements: Plaintiff intends to call Warden Clements to testify about "his actions and communications with Defendant Watson." (Dkt. 90:3.) However, Plaintiffs did not depose Warden Clements and there is no evidence that he had any involvement in the underlying events at issue in this case. Defendant Weideman objects to this witness pursuant to Fed. R. Evid. 403 on the grounds that testimony from

Warden Clements has no probative value and would confuse the issues, as well as cause undue delay, and waste time. Any testimony by Warden Clements would also be needlessly cumulative of testimony by Captain Brian Schueler, who conducted the security investigation into the allegations at issue in this case and communicated with Watson regarding the investigation and her resignation.

- Plaintiff's Witness No. 10, Steven Schueler: Plaintiff intends to call Steven Schueler to testify about Carter's transfer to Waupun Correctional Institution and his placement in segregation. (Dkt. 90:3.) However, there is no dispute that Plaintiff was temporarily transferred to the segregation unit in Waupun during the investigation into the allegations at issue in this case. Plaintiff did not depose Steven Schueler and there is no evidence that he had any involvement in the underlying events at issue in this case. Defendant Weideman objects to this witness pursuant to Fed. R. Evid. 403 on the grounds that testimony from Steven Schueler has no probative value and would confuse the issues, as well as cause undue delay, and waste time. Any testimony by Steven Schueler will also be cumulative to testimony by Captain Brian Schueler, who conducted the security investigation into the allegations at issue in this case and interviewed Carter while he was in segregation at Waupun.

## II. Exhibits

Defendant Weideman will address objections to Plaintiff's proposed exhibits as part of the joint exhibit list as instructed by the Court.

## III.  Voir Dire

Defendant Weideman objects to the following Voir Dire questions on Plaintiff's pretrial report:

- No. 6 (and subparts): There is no claim for personal injury or accident at issue in this case. This question will confuse the jury and waste time.

- No 8 (and subparts): There is no claim for false arrest in this case. This question will confuse the jury and waste time.

- No 9 (and subparts): This question is argumentative and prejudicial, would confuse and mislead the jury. Defendant Weideman requests that her proposed voir dire question be used on this issue because it seeks the same information by using more neutral language. (*See* dkt. 89-1:4.)

## IV. Special Verdict

Defendant Weideman objects to Plaintiff's special verdict on the grounds that it misstates the claims as discussed in Defendant Weideman's briefing on the appropriate jury instructions for this case. To the extent that the claims in this case are presented as deliberate indifference and failure to intervene, the questions on the special verdict regarding Defendant Watson and Defendant Weideman's conduct must be reversed in order. Plaintiff can only proceed on his claim against Defendant Weideman if he succeeds in proving his claim against Defendant Watson.

3

Dated this 15th day of October, 2021.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

*s/Katherine C. Polich*
KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendant Weideman

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7163 (Polich)
(608) 266-1780 (Flugaur)
(608) 267-8906 (Fax)
polichkc@doj.state.wi.us
flugaurbt@doj.state.wi.us

4