# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| DONIEL CARTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-CV-727 |
| ERIKA WATSON & TARA WEIDMAN | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* DONIEL CARTER recover from the defendant *(name)* ERIKA WATSON the amount of ONE-HUNDRED TWENTY-FIVE THOUSAND dollars ($ 125,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge BRETT H LUDWIG presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 11/5/2021

*CLERK OF COURT*

s/ Ross Miller

*Signature of Clerk or Deputy Clerk*