# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |

Doniel Carter

V.

Erika Watson, et al.

## EXHIBIT AND WITNESS LIST

Case Number:  18-cv-727

| PRESIDING JUDGE Ludwig | PLAINTIFF'S ATTORNEY Goldman/ Cade | DEFENDANT'S ATTORNEY Flaugar/Polich/Lang |
|---|---|---|
| TRIAL DATE (S) November 1 - 5 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | X | YES | DOC Investigative Records |
| 2 | | | X | YES | March through May 2012 Unit Logbooks |
| 3 | | | | | Officer Schedules March through May |
| 4 | | | X | YES | Housing Unit 10 Diagram |
| 5 | | | | | DAI Policy 300.00.04 - Cellular Telephones |
| 6 | | | X | YES | 1905 Executive Directive 2 - Employee Discipline |
| 7 | | | | | Gransell / Watson Training Records |
| 8 | | | X | YES | Weideman Tex messages / Weideman Response to Interrogatories |
| 9 | | | X | YES | Executive Directive 16 - Fraternization Policy |
| 10 | | | | | Executive Directive 7 - Harassment and Hazing |
| 11 | | | X | YES | Executive Directive 16A - Staff Sexual Assault of Offenders |
| 12 | | | X | YES | Executive Directive 72 - PREA |
| 13 | | | | | DAI Policy 310.00.01 - Inmate Complaints re Staff Misconduct |
| 14 | | | | | HS Policy 300_19-Responding to Incidents of Sexual Contact |
| 15 | | | X | YES | Staff Sexual Misconduct Training Materials |
| 16 | | | X | YES | Watson Depoisition Exhibit 4 - Letter to Carter |
| 17 | | | | | FLCI Organization Chart |
| 18 | | | | | Medema Deposition Exhibit 1 - Medema drawn map of unit 10 |
| 19 | | | | | Weideman Personnel File - Discipline for violations of Fraternization Policy |
| 20 | | | | | Weideman Personnel File - selected documents |
| 21 | | | | | Weideman Personnel File - Acknowledgement of Fraternization Policy |
| 22 | | | | | Gransell / Watson Personnel File (BS 147-152) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Doniel Carter | | | vs. | Erika Watson, et al. | CASE NO. 18-cv-727 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | X | YES | Gransell / Watson Personnel File - selected pages |
| 24 | | | | | Gransell / Watson Personnel File - Warden letter to Watson after her resignation |
| 25 | | | X | YES | Watson Personnel File - letter of Administrative Leave |
| 26 | | | | | Watson Personnel File - promotion to Sgt. September 2011 |
| 27 | | | | | Watson Personnel File - fraternization policy exception request |
| 28 | | | X | YES | Watson Personnel File - fraternization policy signed acknowledge |
| 29 | | | | | Watson Deposition Exhibit 2 - Watson drawn map of unit |
| 30 | | | X | YES | Watson Depoistion Exhibit 5 - picture of Carter tatoo on Watson's chest |
| 31 | | | X | YES | June 11, 2012, 10:29 p.m. call |
| 32 | | | X | YES | June 11, 2012, 10:56 p.m. call |
| 33 | | | X | YES | June 12, 2012, 9:01 p.m. call |
| 34 | | | X | YES | June 12, 2012, 9:22 a.m. call |
| 35 | | | | | October 8, 2012 11:14 p.m. call |
| 36 | | | | | October 8, 2012 11:29 p.m. call |
| 37 | | | X | YES | Milwaukee Journal Sentinel, August 4, 2017 article:  Wisconsin Prison Wrden and Deputy suspen |
| 38 | | | X | YES | Executive Directive #43 |
| | 2000 | | X | YES | Securus Certified Call Detail Report |
| | 2001 | | | | Securus Business Record Certification |
| | 2001 | | X | YES | Parts 1-9 Calls |
| | 2002 | | X | YES | Visitor List and History |
| | 2003 | | X | YES | DAI Investigation - Gransell |
| | 2003 | | | | Part 1 - Audio of Carter Interview |
| | 2004 | | | | Pl Carter's Resp to Def's RTA, RROGs & RPD |
| | 2005 | | | | FLCI Unit 10 Diagram |
| | 2006 | | | | Second Amended Complaint (Dkt 22) |
| | 2007 | | | | Declaration of Doniel Carter (Dkt 55) |
| | 2008 | | X | YES | FLCI Inmate Handbook 2008 & 2009 additions |