# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| v. | ) ) ) Case No.: ) ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $_____ |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐   Electronic service          ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____      Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: 
_____        _____        _____
*Clerk of Court*                                *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



Davey & Goldman  
Attorney Lisa C. Goldman  
5609 Medical Circle, Suite 101  
Madison, WI  53719

Invoice No.  27774

Date:  4/19/2019

Reporter:  Carmen Harder, RPR

Doniel Carter v. State of Wisconsin  
Department of Corrections, et al.  
E.D. Wis. Case No. 18-cv-727

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/12/2019 | DEPOSITION OF ERIKA V. WATSON | |
| | Original and Condensed Courtesy Copy | 652.50 |
| | Attendance of Court Reporter in Wauwatosa | 90.00 |
| | Photocopies of Watson Exhibits and PDFs via E-mail | 18.55 |
| | ASCII (.txt) and PDFs of Transcript via E-mail - N/C | |
| | Word Index - N/C | |

Thank you!

**TOTAL**  $761.05

Make Check Payable to: For The Record, Inc.  
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | **T** (608) 833-0392 | (888) 892-0392 | **F** (608) 833-0682 | office@FTRMadison.com  
www.ftrmadison.com



Davey & Goldman  
Attorney Lisa C. Goldman  
5609 Medical Circle, Suite 101  
Madison, WI   53719

Invoice No.  28056

Date:  6/11/2019

Reporter:  Carmen Harder, RPR

Doniel Carter v.  
Erika Watson, f/k/a Erika Gransell  
E.D. Wis. Case No. 18-cv-727

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/30/2019 | DEPOSITION OF JASON M. MEDEMA  <br>Original & PDF Courtesy Copy (Full & Condensed) via E-mail | 333.00 |
| | DEPOSITION OF TARA F. WEIDEMAN  <br>Original & PDF Courtesy Copy (Full & Condensed) via E-mail | 324.00 |
| | DEPOSITION OF MICHELLE L. KLAPPER  <br>Original & PDF Courtesy Copy (Full & Condensed) via E-mail | 202.50 |
| | Attendance of Court Reporter  <br>PDFs of Exhibits via E-mail  <br>ASCIIs (.txt) via E-mail - N/C | 135.00  <br>2.50 |
| | Thank you! | |
| | **TOTAL** | **$997.00** |

Make Check Payable to: For The Record, Inc.  
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | **T** (608) 833-0392 | (888) 892-0392 | **F** (608) 833-0682 | office@FTRMadison.com  
www.ftrmadison.com



Davey & Goldman  
Attorney Lisa C. Goldman  
5609 Medical Circle, Suite 101  
Madison, WI  53719

Invoice No. 29929

Date: 6/24/2020

Reporter: Shelly Loniello, RPR

Doniel Carter v.  
State of Wisconsin Department of  
Corrections, et al.  
E.D. Wis. Case No. 18-cv-727

Federal ID No. 20-0145264

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/16/2020 | ZOOM VIDEOCONFERENCE DEPOSITION OF CAPTAIN BRIAN SCHUELER | |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | 603.00 |
| | Attendance of Court Reporter | 90.00 |
| | Photocopies of Schueler Exhibits and PDFs via E-mail | 136.85 |
| | ASCII (.txt) via E-mail - N/C | |
| | Shipping - N/C | |

NOTE: For the Record, Inc., is offering videoconference depositions via ZOOM and WebEx at no extra charge.

Thank you!

**TOTAL**   $829.85

Make Check Payable to: For The Record, Inc.  
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 | Madison, WI 53705 | **T** (608) 833-0392 | (888) 892-0392 | **F** (608) 833-0682 | office@FTRMadison.com  
www.ftrmadison.com



For The Record Inc.
Excellence In Court Reporting

Invoice No.   31200
Date          02/26/2021
Reporter:     Sarah F. Pelletter, RPR

Davey & Goldman
Attorney Lisa C. Goldman
5609 Medical Circle, Suite 101
Madison, WI  53719

Doniel Carter v. State of Wisconsin Department of Corrections, et al.

E.D. Wis. Case No. 18-cv-727

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15/2021 | ZOOM VIDEOCONFERENCE DEPOSITION OF CAPTAIN BRIAN SCHUELER - VOLUME II | |
| | Original & PDF Courtesy Copy (Full & Condensed) via E-mail | 436.50 |
| | Attendance of Court Reporter | 60.00 |
| | ZOOM VIDEOCONFERENCE DEPOSITION OF DONIEL CARTER | |
| | PDF Copy (Full & Condensed) via E-mail | 397.50 |
| | PDFs of Exhibits via E-mail | 1.75 |
| | ASCIIs (.txt) via E-mail - N/C | |
| | Shipping - N/C | |

NOTE: For the Record, Inc., is offering videoconference depositions via ZOOM and WebEx at no extra charge.

Thank you!

PAID

TOTAL   895.75

Make Check Payable to: For The Record, Inc.

Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.

P.O. Box 5254 I Madison, WI 53705 I **T** (608) 833-0392 I (888) 892-0392 I **F** (608) 833-0682 I office@FTRMadison.com

www.ftrmadison.com

Federal ID No. 20-0145264



**For The Record Inc.**
Excellence In Court Reporting

| Invoice No. | 32663 |
| Date | 11/01/2021 |
| Reporter: | Kaila M. Macek, RMR, CRR |

Davey & Goldman
Attorney Lisa C. Goldman
5609 Medical Circle, Suite 101
Madison, WI  53719

Doniel Carter v.
State of Wisconsin Department of Corrections
E.D. Wis. Case No. 18-cv-727


RECEIVED
NOV - 4 2021
BY:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29/2021 | Attendance of Court Reporter | 75.00 |
| | NOTE: Deposition of Latisha Crowder - Witness No-Show | |
| | Thank you! | |

TOTAL  75.00

Make Check Payable to: For The Record, Inc.
Invoices are due upon receipt. Invoices not paid within 30 days subject to interest at the rate of 1.5 percent per month.
P.O. Box 5254 I Madison, WI 53705 I T (608) 833-0392 I (888) 892-0392 I F (608) 833-0682 I office@FTRMadison.com
www.ftrmadison.com
Federal ID No. 20-0145264

## 411 Main

DATE: 11/04/21
TIME: 02:36 PM

Receipt No.   28/292/93
            * Original *
Ticket:     381107
Entry : 11/04/21 08:42 AM
LPR   :

TAX included            **10.00**

Credit
Trans ID : 500013357       10.00
Card No. : xxxxxxxxxxxx9120
Card Type: MASTER CARD

          ~       Company: ~1
          ~       Name: ~3
                  Exp. Date: ~4

*verbert perkers*

---

## 411 Annex

DATE: 11/03/21
TIME: 05:57 PM

Receipt No.   13/1308/91
            * Original *
Ticket:     242246
Entry : 10/31/21 06:38 PM
LPR   :

TAX included            **69.00**

Credit
Trans ID : 500006524       69.00
Card No. : xxxxxxxxxxxx9120
Card Type: MASTER CARD

          ~       Company: ~1
          ~       Name: ~3
                  Exp. Date: ~4

*Fried Perkers*

---

# FedEx Office

FedEx Office is your destination
for printing and shipping.

654 W Washington Ave
Madison, WI 53703
Tel: (608) 255-6367

10/31/2021                    1:17:15 PM CST
Team Member: Morgan B.
Customer: DAVEY GOLDMAN   *Exhibit notebooks*

               SALE

B-Enh. 18 Medema 5-3   Qty 3        357.84
CLR 2S Copy/Print
 00178 Reg. Price     3 @           1.4400 T
                      1.44
BW In Tab Paper     105 @           0.3500 T
 09072 Reg. Price     0.35
Bnd-EcoVw 3inWht 1Ct  3 @           6.9900 T
 08406 Reg. Price     6.99
BW 2S on 24# Wht    870 @           0.3400 T
 00331 Reg. Price     0.42

Price per piece     119.28
Regular Total       427.44
Discounts            69.60

Sub-Total                           357.84
Tax                                  19.68
Deposit                               0.00

**Total**                           **377.52**



# Receipt for Itinerary #72185643818015

Oct 31, 2021 - Nov 3, 2021

## Booked Items

**Hotel:** Home2 Suites by Hilton Milwaukee Downtown

515 N Jefferson St, Milwaukee, WI53202

Check-in: 10/31/2021 | Check-out: 11/3/2021, 1 room| 3 nights

Hotel Booking Protection

Coverage Dates: 10/31/21 - 11/3/21

## Traveler Information

**Lisa Goldman**

Room 1: Studio, 1 Queen Bed, Non Smoking

## Cost Summary

**Booked Date:** Oct 24, 2021

| | |
|---|---|
| **Room Price** | **$394.68** |
| 3 nights | $113.90 /night |
| Taxes & Fees | $52.98 |
| Travel Protection | $17.76 |

Total: **$412.44**
Collected by Expedia

Paid: **$412.44**
All prices quoted in USD.