

**NATHANIEL CADE, JR.**
nate@cade-law.com
www.cade-law.com

May 9, 2022

**VIA ELECTRONIC COURT FILING ONLY**

Hon. Brett H. Ludwig
E. D. Wisconsin Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re: Carter v. Watson, et al.
           E.D. Wisconsin Case Number 18-CV-0727

Dear Judge Ludwig:

    I write the Court on behalf of the Plaintiff to request a status hearing for the above-referenced case.

    As the Court may recall, there are several motions currently pending that need to be decided, as it may affect additional litigation. *See* Docket # 107, 117, and 124.

                              Very truly yours,

                              **CADE LAW GROUP LLC**

                              Nathaniel Cade, Jr.

NC:cn

cc:    All Counsel and Parties of Record (via ECF)
        Doniel Carter