IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DONIEL CARTER,

    Plaintiff,

v.                                     Case No. 18-CV-0727

ERIKA WATSON, et al.

    Defendants.

**DEFENDANT TARA WEIDEMAN'S AMENDED MOTION TO ALTER JUDGMENT OR RELIEF FROM JUDGMENT REGARDING ATTORNEY FEES AWARD**

## INTRODUCTION

In the Court's Order Resolving Post-Trial Motions (Dkt. 129) the Court set the total attorney fee award for Carter's counsel at $141,292.38. (Dkt. 129 at 16.) The Court arrived at this figure by finding that the maximum attorney fee recovery was $110,042.38 under § 1997e(d)(2)-(3) and then ***adding*** 25% of the total jury award of $125,000 ($31,250) to the maximum attorney fee recovery amount. This 25% amount of the total jury award, $31,250, should not have been added to the maximum attorney fee recovery. Instead, under the statute, the $31,250 must be paid by Plaintiff Carter from the judgment to his counsel for their attorney fees, with the balance of the maximum fee award to be paid by Defendant Watson. Therefore, the judgment must be corrected to comply with § 1997e(d)(2)-(3).

# MOTION

Weideman moves the Court to amend the judgment pursuant to Rule 59(e) and pursuant to Rule 60(a) based on the Court's erroneous calculation of the attorney fee award. The motion is timely under either provision.

Under § 1997e(d)(2), "a portion of the [prisoner's] judgment (not to exceed 25 percent) shall be applied to satisfy the amount of attorney's fees awarded against the defendant. If the award of attorney's fees is not greater than 150 percent of the judgment, the excess shall be paid by the defendant." The statute does not state that a Court is to add 25 percent of the judgment to the maximum attorney fee award to create a new maximum attorney fee award. The statute says that 25 percent of the judgment is applied to pay the maximum attorney fee award, with the remainder paid by the defendant.

In *Murphy*, the Supreme Court addressed whether courts had discretion to order an amount less than 25% of the judgment to be applied to payment of the attorney fees award. The Supreme Court held that this provision requires courts to exhaust the full 25% of the prisoner's judgment toward the maximum attorney fee award before demanding payment from the defendants for the balance of the attorney fee award. *Murphy v. Smith*, 138 S. Ct. 784, 787, 200 L. Ed. 2d 75 (2018), affirming *Murphy v. Smith,* 844 F.3d 653, 655 (7th Cir. 2016.)

As the Seventh Circuit explained in *Murphy*, "[Section] 1997e(d)(2) requires that "attorneys' compensation come[ ] first from the damages." "[O]nly if 25% of the

award is inadequate to compensate counsel fully" does the defendant contribute more to the fees. *Murphy v. Smith*, 844 F.3d 653, 660, quoting *Johnson v. Daley*, 339 F.3d 582, 585 (7th Cir. 2003.)

The judgment is erroneous because the Court added 25% of the jury's award ($31,250) to the maximum attorney fee award, rather than applying the statutory provision requiring that this amount be used to pay the maximum attorney fee award, with the balance of the attorney's fees to be paid by the Defendant.

Applying these provisions here, the judgment must be amended to state that Watson must pay the jury award of $125,000 to Carter, and from that amount $31,250 must be paid by Carter to his counsel for their fees. Defendant Watson must then pay the remaining attorney fee award balance of $78,792.38 ($110,042.38 minus $31,250) to Carter's counsel.

## CONCLUSION

The Court must grant the motion to correct the judgment to comply with the provisions of § 1997e(d)(2).

Dated this 29th day of June, 2022.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

**s/Brandon T. Flugaur**
BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

KATHERINE C. POLICH
Assistant Attorney General

3

Case 2:18-cv-00727-BHL   Filed 06/29/22   Page 3 of 4   Document 131

State Bar #1065796

Attorneys for Defendant Weideman

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7163 (Polich)
(608) 266-1780 (Flugaur)
(608) 267-8906 (Fax)
polichkc@doj.state.wi.us
flugaurbt@doj.state.wi.us